IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


JARED D. HELMS                                                                    PLAINTIFF

        v.                          Civil No. 4:10-cv-04012

MONTE STRINGFELLOW,
Sheriff, Seveir County; and
DEPUTY CHRIS WALCOTT                                                          DEFENDANTS


### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

        Plaintiff, Jared D. Helms, filed this civil rights action under the provisions of 42 U.S.C. § 1983.

He  proceeds *pro se* and *in forma pauperis*.  Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and

(3)(2007), the Honorable Harry F. Barnes, United States District Judge, referred this case to the

undersigned for the purpose of making a report and recommendation.

        Plaintiff has filed a motion to dismiss (Doc. 5).  In the motion, Plaintiff indicates he no longer

wishes to proceed with this case.

        I therefore recommend that the motion to dismiss (Doc. 5) be granted.  **Plaintiff has fourteen**

**(14) days from receipt of the report and recommendation in which to file written objections**

**pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver**

**of the right to appeal questions of fact.  Plaintiff is reminded that objections must be both**

**timely and specific to trigger de novo review by the district court.**

        DATED this 8th day of April 2010.


                                                /s/ Barry A. Bryant
                                                 HON. BARRY A. BRYANT
                                                 UNITED STATES MAGISTRATE JUDGE