IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION OF ARKANSAS
TEXARKANA DIVISION

JARED D. HELMS                                                                                          PLAINTIFF

VS.                                       Civil No. 10-CV-4012

MONTE STRINGFELLOW,
Sheriff, Sevier County, and
DEPUTY CHRIS WALCOTT                                                              DEFENDANTS

## ORDER

Now on this 18th day of May, 2010, comes on for consideration the proposed findings and recommendations filed herein on April 8, 2010, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. Fourteen days having passed without objections being filed by the parties, the court hereby adopts in toto the findings and recommendations.

Accordingly, the Court finds that Plaintiff's Motion to Dismiss [Doc. 5] should be and is hereby granted.

IT IS SO ORDERED.

                                              .    /s/ Harry F. Barnes
                                              .    **HARRY F. BARNES**
                                              .    **U.S. DISTRICT JUDGE**